Neil Goteiner (State Bar No. 083524)
C. Brandon Wisoff (State Bar No. 121930)
Kelly Matayoshi (State Bar No. 284596)
FARELLA BRAUN + MARTEL LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Petitioners DASTIME GROUP LIMITED and KONSTANTIN GRIGORISHIN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DASTIME GROUP LIMITED, a British Virgin Islands Company, and KONSTANTIN GRIGORISHIN, an individual,<br><br>Petitioners,<br><br>vs.<br><br>MOONVALE INVESTMENTS LIMITED, a British Virgin Islands Company, and PETER KIRITCHENKO, an individual,<br><br>Respondent. | Case No.<br><br>**DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF DASTIME GROUP LIMITED'S AND KONSTANTIN GRIGORISHIN'S PETITION TO CONFIRM FINAL ARBITRATION AWARD**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

29730\5901490.1

Declaration of Neil A. Goteiner ISO Petition to Confirm Arbitration Award

I, Neil A. Goteiner, declare:

1. I am an attorney licensed to practice in the courts of New York and California and a partner at Farella Braun + Martel LLP, counsel for Petitioners Dastime Group Limited and Konstantin Grigorishin ("Petitioners"). I have personal knowledge of the matters stated herein and could and would testify competently thereto under oath if required.

2. According to the Written Direct Testimony of Peter Kiritchenko for Claimant Moonvale Investments Ltd. (Statute of Limitations), executed November 16, 2015 and entered as Exhibit 4 to the December 7-8, 2015 Statute of Limitations Hearing before JAMS, Kiritchenko is a "Ukrainian citizen," who has been "a Permanent Resident of the United States since 1996."

3. The arbitration was hard-fought and costly, spanning over three years. The parties engaged in a lengthy and contentious discovery process, resulting in multiple motions to compel, numerous conference calls with Judge Westerfield, and an in-person discovery hearing.

4. Attached as Exhibit 1 is a true and correct copy of the March 24, 2017 Corrected Final Award issued in Moonvale Investments Limited v. Dastime Group Limited and Konstantin Grigorishin, JAMS Ref. No. 1100075691 ("Final Award").

5. Attached as Exhibit 2 is a true and correct copy of the June 28, 2006 contract between Dastime Group Limited and Peter Kiritchenko ("Agreement").

6. Kiritchenko and Moonvale have indicated that they will not voluntarily pay the Final Award, requiring Petitioners to file the instant Petition to confirm the Final Award. Attached as Exhibit 3 is a true and correct copy of e-mail correspondences between Petitioners and Respondents regarding payment of the Final Award.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 3rd day of April 2017 at San Francisco, California.

/s/ Neil A. Goteiner
Neil A. Goteiner

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

29730\5901490.1

2
Declaration of Neil A. Goteiner ISO Petition to Confirm Arbitration Award