# EXHIBIT 3

## TO
## THE DECLARATION OF NEIL A. GOTEINER IN SUPPORT OF DASTIME GROUP LIMITED'S AND KONSTANTIN GRIGORISHIN'S PETITION TO CONFIRM FINAL ARBITRATION

**Matayoshi, Kelly M. (22) x4946**

**From:** Goteiner, Neil (24) x4485
**Sent:** Saturday, April 01, 2017 8:00 AM
**To:** 'Stan Roman'; 'Aleksandr gruzman'; 'Tracy Clements'
**Cc:** Wisoff, Brandon (22) x4449; Matayoshi, Kelly M. (22) x4946; 'Andrew R. Mac'; Anton Berezin
**Subject:** KG/Dastime claim for attorneys fees and costs re: petition to confirm Final Award and collection efforts

Counsel: Following up on my February 13 and subsequent communications: 1) your clients will not voluntarily pay the Final Award, requiring our clients to petition to confirm the award and to proceed with collection actions; 2) we are therefore also proceeding with our announced effort to seek all attorneys fees and costs expended to confirm and collect on the Award.  If your clients have changed their position and will not immediately pay the Final Arbitration Award, please so inform us by noon  Monday.  Thanks. Neil

---

**From:** Goteiner, Neil (24) x4485
**Sent:** Monday, February 13, 2017 5:17 PM
**To:** 'Stan Roman'
**Cc:** Tracy Clements; Wisoff, Brandon (22) x4449; Matayoshi, Kelly M. (22) x4946
**Subject:** RE: next steps

Yes, our perspective differs.

That delay is to give the parties a chance to make ministerial corrections.   We can all stipulate to a shorter time period if you agree, or  we can persuade JAMS to shorten the time period, or take other steps.  Let me know if you can and will move faster than 30 days.   If you can't, we'll move forward from there.

---

**From:** Stan Roman [mailto:sroman@ksrh.com]
**Sent:** Monday, February 13, 2017 5:12 PM
**To:** Goteiner, Neil (24) x4485
**Cc:** Tracy Clements; Wisoff, Brandon (22) x4449; Matayoshi, Kelly M. (22) x4946
**Subject:** RE: next steps

Neil,

I don't think you need to worry about asset disappearance, but I can understand that the view from your perspective is different.  I am just trying to work through how to deal with the situation.  I don't think you can move for confirmation of the award for 30 days under the JAMS rules anyway, and I think that will allow enough time for me to figure out where things stand.  As I said, I will talk to you about specifics as soon as I can.

Stan



**Stan G. Roman**
**Partner**

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
415-249-8330
415-249-8334 Direct

1

415-249-8333 Fax
sroman@ksrh.com
www.ksrh.com

---

**From:** Neil Goteiner [mailto:NGoteiner@fbm.com]
**Sent:** Monday, February 13, 2017 2:58 PM
**To:** Stan Roman
**Cc:** Tracy Clements; Brandon Wisoff; Kelly Matayoshi
**Subject:** RE: next steps

Understood. But we remain concerned about asset disappearance.  We're constrained to view open-ended silence as compelling speedy confirmation and collection efforts, unless we enter into an asset protection arrangement.  I take it you have no objection to us quickly moving for confirmation of the award, but let me know if you do.


**Neil A. Goteiner**
Attorney at Law

_____

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

_____

**Office** 415.954.4485
**Fax**     415.954.4480
**Cell**    415.279.6783
www.fbm.com

---

**From:** Stan Roman [mailto:sroman@ksrh.com]
**Sent:** Monday, February 13, 2017 2:53 PM
**To:** Goteiner, Neil (24) x4485
**Cc:** Tracy Clements; Wisoff, Brandon (22) x4449; Matayoshi, Kelly M. (22) x4946
**Subject:** RE: next steps

I don't, but as soon as I can.

Stan



**Stan G. Roman**
**Partner**

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
415-249-8330
415-249-8334 Direct
415-249-8333 Fax
sroman@ksrh.com
www.ksrh.com

2

**From:** Neil Goteiner [mailto:NGoteiner@fbm.com]
**Sent:** Monday, February 13, 2017 2:37 PM
**To:** Stan Roman
**Cc:** Tracy Clements; Brandon Wisoff; Kelly Matayoshi
**Subject:** RE: next steps

Do you have a "ready to talk" ETA, Stan?

**From:** Stan Roman [mailto:sroman@ksrh.com]
**Sent:** Monday, February 13, 2017 1:47 PM
**To:** Goteiner, Neil (24) x4485
**Cc:** Tracy Clements; Wisoff, Brandon (22) x4449; Matayoshi, Kelly M. (22) x4946
**Subject:** RE: next steps

Neil,

Speaking only for Mr. Kiritchenko, I may be in touch, but I'm not ready to talk yet.

Stan



**Stan G. Roman**
**Partner**

555 Montgomery Street, 17th Floor
San Francisco, CA 94111
415-249-8330
415-249-8334 Direct
415-249-8333 Fax
sroman@ksrh.com
www.ksrh.com

**From:** Neil Goteiner [mailto:NGoteiner@fbm.com]
**Sent:** Monday, February 13, 2017 1:36 PM
**To:** Marina.Khoryakova@holding-bs.com; Stan Roman; Tracy Clements; 'Alex Gruzman'; ''tim.guinness@gafunds.com'; 'jim.atkinson@gafunds.com'; 'edmund.harris@gafunds.com'
**Cc:** 'Andrew R. Mac'; anton_Berezin@epam.ru; Brandon Wisoff; Kelly Matayoshi
**Subject:** next steps

Are you paying the award, declining to pay, or proceeding with litigation?  If you are not paying, we will seek reimbursement of all additional legal fees and costs to collect from you and from additional parties behind or assisting you. Thanks. Neil


**Neil A. Goteiner**
Attorney at Law

_____

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

_____

3

**Office** 415.954.4485
**Fax**    415.954.4480
**Cell**   415.279.6783

www.fbm.com

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

4