1  STAN G. ROMAN [SBN 87652]
   TRACY M. CLEMENTS [SBN 184150]
2  KELLER, SLOAN & ROMAN LLP
   555 Montgomery Street, 17th Floor
3  San Francisco, CA 94111
4  Telephone:  (415) 249-8330
   Facsimile:  (415) 249-8333
5
6  Attorneys for Respondent
   PETER KIRITCHENKO
7

8                    UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                             (OAKLAND DIVISION)
11

| | |
|---|---|
| DASTIME GROUP LIMITED, a British Virgin Island Company, and KONSTANTIN GRIGORISHIN, an individual,<br><br>Petitioners,<br><br>v.<br><br>MOONVALE INVESTMENTS LIMITED, a British Virgin Islands Company and PETER KIRICHENKO, an individual,<br><br>Respondents. | Case No.: 4:17-cv-01859 (JSW)<br><br>**RESPONDENT PETER KIRITCHENKO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Dept.: Courtroom 5 - 2nd Floor<br>Judge: Jeffrey S. White |

1
PETER KIRITCHENKO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.: 4:17-cv-01859 (JSW)

Pursuant to Civil L.R. 3-15, Respondent Peter Kiritchenko certifies that, other than the named parties to this action and perhaps Dmitryi Buriak and Alexander Lebedev (who are believed to be associated with Moonvale Investments Ltd.), he does not know of any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED: May 6, 2017                                KELLER, SLOAN & ROMAN LLP

                              By:      /s/ *Stan G. Roman*
                                    STAN G. ROMAN
                                    Attorneys for Respondent
                                    PETER KIRITCHENKO